# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTOINE D. PHILLIPS,
                Appellant,

vs.

THE STATE OF NEVADA; AND LAS VEGAS METROPOLITAN POLICE DEPARTMENT,
                Respondents.

No. 82168

**FILED**

JAN 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order regarding defendant's motion for return of property. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Because no statute or court rule permits an appeal from an order regarding defendant's motion for return of property in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-00532

cc:   Hon. Ronald J. Israel, District Judge
Antoine D. Phillips
Attorney General/Carson City
Clark County District Attorney
Liesl K. Freedman
Matthew J. Christian
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A